UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**HERBERT SCHLEIMER,**

      **Plaintiff,**

v.                                           **Case No:  6:14-cv-108-Orl-41GJK**

**WYNDHAM VACATION
OWNERSHIP, INC., WYNDHAM
VACATION RESORTS, INC. and
WYNDHAM WORLDWIDE
OPERATIONS, INC.,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Joint Motion for Approval of Settlement and Dismissal of Action with Prejudice (Doc. 74), filed on December 5, 2014. Therein, the parties request that the Court approve the settlement of their FLSA claims and dismiss the case with prejudice. United States Magistrate Judge Gregory J. Kelly submitted a Report and Recommendation (Doc. 75) on February 4, 2015, which recommends that this Court grant the parties' motion and close the case. On February 6, 2015, the parties notified the Court that they do not object to the Report and Recommendation. (*See* Joint Notice of No Objection to Report & Recommendation, Doc. 76).

After an independent *de novo* review of the record and noting that no objections were filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 75), filed on February 4, 2015, is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The parties' Joint Motion for Approval of Settlement and Dismissal of Action with Prejudice (Doc. 74), filed on December 5, 2014, is **GRANTED**, thereby approving the parties' settlement agreement.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on February 17, 2015.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record